# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CREATIVE PRODUCT SOLUTIONS, LLC<br><br>Plaintiffs,<br><br>v.<br><br>BROWN SHOE COMPANY, INC.<br><br>Defendant. | Civil Action No. 1:13-cv-10304<br><br><br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff, Creative Product Solutions, LLC, through its attorneys, alleges as follows:

## THE PARTIES

1. Plaintiff Creative Product Solutions, LLC ("CPS"), is a corporation organized and existing under the laws of Delaware, with its principal place of business at 13 Highland Circle, Suite B, Needham, Massachusetts 02494.

2. Upon information and belief, Defendant Brown Shoe Company, Inc. ("Brown Shoe") is a corporation organized and existing under the laws of New York, having its principal place of business at 8300 Maryland Avenue, St. Louis, Missouri 63105.

## JURISDICTION

3. This is a claim for patent infringement and arises under the patent laws of the United States, Title 35 of the United States Code. This Court has jurisdiction over the subject matter of this claim under 28 U.S.C. §§ 1331 and 1338(a).

4. Upon information and belief, this Court has personal jurisdiction over Defendant,

and Defendant comes within the scope of the Massachusetts long-arm statute, G.L. c. 223A for at least the following reasons: Defendant is transacting business within the Commonwealth of Massachusetts; and Defendant has committed acts and, on information and belief, will continue to commit acts within the Commonwealth of Massachusetts giving rise to this action including offering to sell, selling, purchasing, and/or advertising the infringing products and/or placing them into the stream of commerce in such a way as to reach customers in the Commonwealth of Massachusetts.

## VENUE

5.  Venue is proper in this judicial District under 28 U.S.C. §§ 1391(b), (c) and 1400(b).

## COUNT I
### (Infringement of U.S. Patent No. 7,254,906)

6.  Plaintiff repeats and realleges Paragraphs 1-5, above, as though fully set forth herein.

7.  Plaintiff CPS is the owner by assignment of United States Patent No. 7,254,906, entitled "Foot Cushioning Construct And System For Use In An Article Of Footwear," which was duly and legally issued to Kwame Morris and Martin Salem by the United States Patent and Trademark Office on August 14, 2007 (the " '906 Patent").  A true and correct copy of the '906 Patent is attached hereto as Exhibit A.

8.  Defendant Brown Shoe infringes and will continue to infringe one or more of the claims of the '906 Patent by, among other activities, making, using, selling or offering to sell infringing footwear products.

9.  Defendant's infringement has injured Plaintiff, and Plaintiff is entitled to recover damages adequate to compensate it for such infringement.

10. Upon information and belief, Defendant's acts of infringement are willful, warranting the assessment of increased damages pursuant to 35 U.S.C. § 284, and warrant a finding that this is an exceptional case, pursuant to 35 U.S.C. § 285.

11. Defendant's infringing activities have injured and will continue to injure Plaintiff, unless and until this Court enters an injunction prohibiting further infringement and, specifically, enjoining further manufacture, use, sale, importation, and/or offer for sale of products that come within the scope of the claims of the '906 Patent.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully asks this Court to enter judgment against Defendant and against its respective subsidiaries, successors, parents, affiliates, officers, directors, agents, servants and employees, and all persons in active concert or participation with Defendant, granting the following relief:

A. The entry of judgment in favor of Plaintiff and against Defendant;

B. A preliminary injunction prohibiting further infringement of the '906 Patent;

C. A permanent injunction prohibiting further infringement of the '906 Patent;

D. An award of damages against Defendant for damages arising from the infringement of '906 Patent, including treble damages for willful infringement, pursuant to 35 U.S.C. § 284, together with prejudgment interest from the date the infringement began;

E. The entry of judgment that this case is exceptional, and award treble damages, attorney fees and the costs of this action, pursuant to 35 U.S.C. § 285; and

F. Such other relief to which Plaintiff is entitled under law, and any other and further relief that this Court or a jury may deem just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38(b), Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

Date: February 15, 2013         /s/ Andrew C. Ryan_____
Andrew C. Ryan, Esq.
Michael J. Rye, Esq.
CANTOR COLBURN LLP
20 Church Street, 22nd Floor
Hartford, CT  06103
Tel: 860-286-2929
Fax: 860-286-0115
ryan@cantorcolburn.com

ATTORNEYS FOR PLAINTIFFS
CREATIVE PRODUCT SOLUTIONS, LLC