## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CREATIVE PRODUCT SOLUTIONS, LLC
         Plaintiff

CIVIL ACTION

V.

NO.   13-10304-GAO

BROWN SHOE COMPANY, INC
         Defendant

## SETTLEMENT ORDER OF DISMISSAL

O'TOOLE     U.S.D.J.

The Court having been advised on   9/4/13   that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty(30) days if settlement is not consummated.

By the Court,

9/4/13
Date

/s/ Paul Lyness
Deputy Clerk